# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**IN RE:**                                    **CASE NO.  10-11410**

**ERNEST V. HARRISON**                        **CHAPTER 7**
**SSN: XXX-XX-0344**

    **DEBTOR**                              **JUDGE HOPKINS**

ABANDONMENT OF
PROPERTY BY TRUSTEE
(Real Property located at 13611
Locust Ridge New Harmony Road,
Williamsburg, OH 45176)
--------------------------------------------------------------------------------------------------------------

    The Trustee has determined that the real property fully described as Exhibit "A'',

attached hereto and made a part hereof, has inconsequential or no value to the estate.

    Trustee further states that, there is no equity in the estate for the benefit of unsecured

creditors, that said premises is of inconsequential or no value to the estate and that therefore, the

Trustee hereby abandons his interest in said real estate.


/s/ Richard D. Nelson
_____
Richard D. Nelson, Trustee
250 East Fifth St Ste 1200
Cincinnati, OH 45202

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the Abandonment was forwarded by either ECF Noticing or regular U. S. Mail this $^{11th}$ day of June, 2010, to:

Ernest V. Harrison, Debtor
13611 Locust Ridge New Harmony Road
Williamsburg, OH 45176
(Served via US Mail)

David Andrade, Attorney for Debtor
4440 Glen-Este Withamsville Road 350
Cincinnati, OH 45245
(Served via ECF Noticing)

Richard D. Nelson, Trustee
250 East Fifth St Ste 1200
Cincinnati, OH 45202
(Served via ECF Noticing)

Office of the U. S. Trustee
170 N High Street
Suite 200
Columbus, OH 43215
(served via ECF Noticing)

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Erin M. Laurito